# Court of Appeals
# of the State of Georgia

ATLANTA,   January 31, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0846. SYLVESTER ALEXANDER v. ALISON S. ALEXANDER.**

Sylvester Alexander filed this direct appeal from the trial court's order granting in part and denying in part Alison Alexander's motion to compel discovery responses and awarding $750 in sanctions. We lack jurisdiction.

At the time Sylvester Alexander filed this appeal, the case still remained pending below. The appeal, therefore, was interlocutory and subject to the interlocutory procedures in OCGA § 5-6-34 (b). See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588 (1) (408 SE2d 103) (1991). Sylvester Alexander's failure to comply with these procedures deprives us of jurisdiction over the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 01/31/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*